Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
Matthew T. Faga (Wyoming Bar No. 7-5768)
Lacey S. Bryan (Wyoming Bar No. 8-7016)
Markus Williams Young & Hunsicker LLC
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: (307) 778-8178
Facsimile: (303) 830-0809
bhunsicker@MarkusWilliams.com
mfaga@MarkusWilliams.com
lbryan@MarkusWilliams.com

ATTORNEYS FOR DEBTORS-IN-POSSESSION

Robert J. Walker (#7-4716)
WALKER LAW
P.O. Box 22409
Cheyenne, WY  82003
Telephone: (307) 529-2255
Robert@WyoCounsel.com

*Attorneys for Creditor*
*Dr. John A. McCall*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | Case No. 24-20138 |
| | ) | Chapter 11 |
| BOTW HOLDINGS, LLC | ) | (Subchapter V) |
| Debtor. | ) | |
| _____ | ) | |
| In re: | ) | Case No. 24-20141 |
| | ) | Chapter 11 |
| HUSKEMAW OPTICS, LLC, | ) | (Subchapter V) |
| Debtor. | ) | |
| _____ | ) | |
| In re: | ) | Case No. 24-20142 |
| | ) | Chapter 11 |
| BEST OF THE WEST | ) | (Subchapter V) |
| PRODUCTIONS, LLC, | ) | |
| Debtor. | ) | **Jointly Administered Under** |
| _____ | ) | **Case No. 24-20138** |
| __ | ) | |
| BOTW HOLDINGS, LLC; | ) | |
| HUSKEMAW OPTICS, LLC; and | ) | |
| BEST OF THE WEST | ) | Adv. Pro. No. 25-02020 |
| PRODUCTIONS, LLC, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |

|  |  |
|---|---|
| DR. JOHN A. MCCALL, JR. and STEALTH VISION, LLC Defendants. | ) ) ) ) |

## JOINT MOTION TO LIFT INJUNCTIVE RELIEF AS TO NON-DEBTORS JOSEPH MICHALETZ AND CHRISTINE MICHALETZ AND CERTAIN AFFILIATES

COME NOW, Creditor John A. McCall, Jr. and Stealth Vision, LLC  (together, "McCall"), and BOTW Holdings, LLC ("Holdings"), Huskemaw Optics, LLC ("Huskemaw"), and Best of the West Productions, LLC ("Productions") (collectively, the "Debtors"), debtors and debtors-in-possession in the above-captioned jointly administered chapter 11 cases, by and through undersigned counsel, and hereby jointly move the Court to lift the injunctive relief as set forth within this Court's November 13, 2025 Order Granting Preliminary Injunction as to Non-Debtors Joesph Michaletz and Christine Michaletz, and certain of their affiliates.  In support hereof, the Debtors and McCall state as follows:

### HISTORY AND BACKGROUND

In late October 2023, a jury awarded Dr. McCall $3,555,201 in damages.  The jury found in favor of Dr. McCall and against Productions and Huskemaw:

> as to Plaintiff's claims for Breach of Contract related to a December 31, 2015 Limited Liability Membership Interest Sale Agreement, Breach of an Operating Agreement, Declaratory Judgment on the Wells Fargo Line of Credit, Breach Of The Implied Covenant Of Good Faith and Fair Dealing, Oppression, and Conversion. The Jury awarded no damages ($0) as to Plaintiff's claims for Breach of Contract of the December 31, 2015 Limited Liability Membership Interest Sale Agreement and Breach of the Implied Covenant of Good Faith and Fair Dealing. The Court awarded no damages or other relief for Plaintiff's claim of Oppression. The Jury awarded damages to Plaintiff in the sum of $1,784,640 for Plaintiff's claim of Conversion. The Jury awarded damages to Plaintiff in the sum of $1,695,56l for the Declaratory Judgment on the Wells Fargo Line of Credit, which is in addition to the principal sum of $396,095 the Court ordered is owed to Plaintiff. . . .

Additionally, the district court had previously awarded $56,850 in attorneys' fees and costs in relation to a motion to compel.  Also, the district court later awarded another $650,000 in attorneys' fees and $15,000 in costs to McCall as the prevailing party.  The verdict and judgment was reduced by the district court but was then later reinstated by the Wyoming Supreme Court to the original amounts set forth above.

On or around March 9, 2024, Stryk Group acquired BOTW Holdings for $1 plus the assumption of existing debts, including that owed to Dr. McCall.  Joseph and Christine Michaletz also agreed to sell their Restricted Units in the Company under the Membership Interest Purchase Agreement, provided the district court signed off on the sale.

The state court issued a stay of execution of the Amended Judgment but required the defendants to post an appeal bond.  In late April 2024, about six weeks after Stryk Group acquired BOTW Holdings, Debtors filed their Chapter 11 petitions.

Holdings filed its voluntary petition in this court under Chapter 11, Subchapter V on April 19, 2024.  Huskemaw filed its petition on April 21, 2024. Productions filed its petition on April 22, 2024. Debtors' cases are being jointly administered for procedural

purposes under Fed. R. Bankr. P. 1015(b), pursuant to Orders of the court entered on April 24, 2024. Joli A. Lofstedt is the duly appointed Subchapter V Trustee. Debtors are authorized to operate their business and manage their properties as debtors-in-possession under Sections 1107(a) and 1108 of the Bankruptcy Code.

Dr. McCall has not been paid any money on his judgment from the Debtors.

On February 26, 2025, Dr. McCall commenced a lawsuit in the 3rd District Court of Houston County, Texas, naming, among others, Joseph Michaletz and Christine Michaletz as parties (the "Texas Litigation"). The Texas Litigation was subsequently also removed to the United States District Court for the Eastern District of Texas. The Texas Litigation has raised claims against Joseph and Christine Michaletz for (1) Violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 et seq., (RICO); (2) Conspiracy to Violate RICO; and (3) Civil Conspiracy (together, the "Civil Claims").

On November 13, 2025, this Court entered its Order Granting Preliminary Injunction ("Injunctive Order"), holding that Dr. McCall was:

> enjoined and shall cease and desist all activities to pursue and advance the claims and causes of action asserted in the civil action pending before the United States District Court for the Eastern District of Texas, case number 25-cv-00091 MJT (Texas Litigation), and shall cease prosecution of the Texas Litigation pending the outcome of the trial on the merits in this proceeding.

However, as of May 5, 2026, after substantial, good-faith efforts and reasonable cooperation by the Parties, McCall and the Debtors have entered into a fully executed Settlement Agreement whereby the Parties have agreed to cooperate towards confirmation of a Plan, the specific terms of which are set forth within the Settlement Agreement.

**MOTION**

The Parties have resolved their issues in a manner that will require McCall to cooperate in the confirmation of a plan that incorporates the terms of the Settlement Agreement, forbear from enforcing his rights against the Debtors and certain non-Debtor affiliates (so long as the Debtors abide by all of the settlement and the confirmed bankruptcy plan), and forebear from prosecuting all currently pending and possible future civil legal claims against Jeffrey Edwards and Chase Myers—and their agents, attorneys, employers, affiliates, and employees,—in which McCall or Stealth Vision is a plaintiff.

Another key term in the settlement between the Parties is that the Debtors and McCall will move the Court for the termination of the Injunction as to the Michaletz.

Accordingly, it is the Parties' joint position that the Court's Injunctive Order, in its application to Joseph and Christine Michaletz, should be lifted so that Dr. McCall can serve and proceed to prosecute with his claims against those non-debtors.  Lifting the Injunctive Order as to Joseph and Christine Michaeltz, non-debtors, will not harm the Debtors or the confirmation of Plan.

Wherefore, the Debtors and McCall, as the only Parties to this Adversary Proceeding No. 25-02020, respectfully and jointly move this Court to lift its November 13, 2025 Injunctive Order as to Joeseph and Christine Michaletz and their respective Trusts and affiliates.  Specifically, the Parties Jointly Request the Court allow McCall to pursue and advance any of his claims and causes of action asserted in the Texas Litigation against Joseph Michaletz and Christine Michaletz.

DATED: May 20, 2026.

MARKUS WILLIAMS
By: /s/ Lacey S. Bryan
Bradley T. Hunsicker (WY Bar No. 7-4579)
Matthew T. Faga (WY Bar No. 7-4579)
Lacey S. Bryan (WY Bar No. 8-7016)
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: (307) 778-8178
Facsimile: (303) 830-0809
bhunsicker@MarkusWilliams.com
mfaga@MarkusWilliams.com
lbryan@MarkusWilliams.com

Counsel for the Plaintiffs, the Debtors and
Debtors-in-Possession

 /s/ Robert J. Walker
Robert J. Walker (7-4715)
WALKER LAW, LLP
P.O. Box 22409
Cheyenne, WY  82003
Telephone: (307) 529-2255

ATTORNEYS FOR CREDITOR
Dr. John A. McCall