**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**May 28, 2026**

_____

**Christopher M. Wolpert**
**Clerk of Court**

In re:  BOTW HOLDINGS, LLC;
HUSKEMAW OPTICS, LLC; BEST OF
THE WEST PRODUCTIONS, LLC,

    Debtors.

------------------------------

BOTW HOLDINGS, LLC; HUSKEMAW
OPTICS, LLC; BEST OF THE WEST
PRODUCTIONS, LLC,

    Plaintiffs - Appellees,

v.

JOHN A. MCCALL, JR.; STEALTH
VISION, LLC,

    Defendants - Appellants.

No. 26-8008
(BAP No. 25-026-WY)
(Bankruptcy Appellate Panel)

_____

## ORDER

_____

This matter is before the court on appellants' *Stipulated Motion to Dismiss Appeal*.

Upon consideration, the court:

    A.    Grants the motion; and

    B.    Dismisses this appeal.

*See* Fed. R. App. P. 42(b); 10th Cir. R. 46.3(C).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

# UNITED STATES BANKRUPTCY APPELLATE PANEL
### OF THE TENTH CIRCUIT

| | OFFICE OF THE CLERK | |
|---|---|---|
| Anne Zoltani | | Byron White U.S. Courthouse |
| Clerk of Court | | 1823 Stout St., Denver, CO 80257 |
| | | (303) 335-2900 |

May 28, 2026

TO:         All Parties
RE:         BOTW Holdings, LLC, et al v. John McCall, Jr., et al
BAP No.:    WY-25-026
Bk. No.:     24-20138
Adv. No.:    25-02020

The *Order Dismissing Appeal* of this Court, entered on January 20, 2026, was appealed to the United States Court of Appeals for the Tenth Circuit.  The Circuit's mandate has issued.

Anne Zoltani
Clerk of Court

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 28, 2026

Ms. Lacey Bryan
Markus Williams
1775 Sherman Street, Suite 1950
Denver, CO 80203

Tim Ellis
United States Bankruptcy Court for the District of Wyoming
Office of the Clerk
2120 Capitol Avenue, 6th Floor
Cheyenne, WY 82003-0000

Mr. Bradley T. Hunsicker
Markus Williams
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001

Mr. Kirk Kennedy
The Kennedy Firm
8150 North Central Expressway, 10th Floor
Dallas, TX 75206

Mr. Robert John Walker
Walker Law
114 East 7th Avenue, Suite 200
Cheyenne, WY 82003

Anne M Zoltani
United States Court of Appeals for the 10th Circuit
Office of the Bankruptcy Appellate Panel
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:     26-8008, BOTW Holdings, et al v. McCall, et al**
         Dist/Ag docket: 25-026-WY

Dear Counsel, Clerk Appellant:

Please be advised that the court issued an order today dismissing this case.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/lg

2